PATRICK H. HICKS, ESQ., Bar # 4632
DEBORAH L. WESTBROOK, Bar # 9285
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811

Attorneys for Defendant
CAESARS ENTERTAINMENT CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. SONS, an individual,<br><br>                    Plaintiff,<br>vs.<br><br>CAESAR'S ENTERTAINMENT CORPORATION, a foreign corporation d/b/a RIO HOTEL AND CASINO; and ROES and DOES 1-100, inclusive,<br><br>                    Defendant. | Case No.:_____<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**<br><br>**[28 U.S.C. §§ 1331; 1441 and 1446]** |

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

NOTICE IS HEREBY GIVEN that Defendant CAESARS ENTERTAINMENT CORPORATION, improperly named as CAESAR'S ENTERTAINMENT CORPORATION d/b/a RIO HOTEL AND CASINO ("Defendant"), hereby removes the above-entitled action from the Eighth Judicial District Court in and for the County of Clark, Nevada, to the United States District Court for the District of Nevada pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  This removal is based upon federal question jurisdiction and is timely.  A true and correct copy of the Notice to State Court of Removal of Action to Federal Court is attached hereto and incorporated herein as **Exhibit "A"**.

In support of this notice of removal, Defendant states to the Court as follows:

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1. On May 24, 2010, an action was commenced in the Eighth Judicial District Court of Clark County, Nevada, entitled *James E. Sons v. Caesar's Entertainment Corporation, a foreign corporation d/b/a RIO HOTEL AND CASINO; and ROES and DOES 1-100, inclusive*, Case No. A-10-617380-C. Plaintiff's original Complaint was never served and Defendant has not otherwise received a copy of Plaintiff's original Complaint.

2. On December 6, 2010, Plaintiff James E. Sons filed his First Amended Complaint in the above-referenced action. A true and correct copy of Plaintiff's First Amended Complaint is attached hereto as **Exhibit "B"**.

3. The first date upon which Defendant received a proper copy of Plaintiff's First Amended Complaint was December 13, 2010, when Defendant's registered agent was served with a copy of Plaintiff's First Amended Complaint and an Amended Summons issued by the state court. A true and correct copy of the Amended Summons and Notice of Service of Process form reflecting date of service upon Defendant is attached hereto as **Exhibit "C"**. As such, this notice of removal is timely.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action arising under the Constitution, treaties or laws of the United States. Specifically, Plaintiff's third and fourth causes of action are for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 – 12213. The Court also has jurisdiction over any separate and independent claims as provided in 28 U.S.C. § 1441(c).

5. Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state court. *See* 28 U.S.C. §§ 108 and 1441(a).

6. No joinders by any other defendants to this Notice of Removal are required as no other defendants have been served with any summons and complaint.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169 5937
702 862 8800

2.

WHEREFORE, Defendant prays that the above-referenced action now pending against it in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark be removed therefrom to this Court.

Dated: January 3, 2011

Respectfully submitted,

_____
PATRICK H. HICKS, ESQ.
DEBORAH L. WESTBROOK, ESQ.
LITTLER MENDELSON

Attorneys for Defendant
CAESARS ENTERTAINMENT CORPORATION

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.

# PROOF OF SERVICE

I, Maribel Rodriguez, hereby declare and state:

I am over the age of eighteen years, employed by Littler Mendelson in the County of Clark, Nevada, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169.

On January 3, 2011 I served the foregoing **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** as follows:

X   By serving the following parties electronically through CM/EMF.

By **United States Mail** – a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

By **Facsimile Transmission** – the transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is **attached** to the hard copy. The names and facsimile numbers of the person(s) served are as set forth below.

By **Overnight Delivery** – by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

Rebekah L. Baumgardner
Law Office of Rebekah L. Baumgardner
808 S. Seventh Street
Las Vegas, NV 89101

Attorney for Plaintiff

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2011, at Las Vegas, Nevada.

/s/ Maribel Rodriguez
Maribel Rodriguez

Firmwide:99371155.1 013234.2000

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

4.