# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. SONS,<br><br>      Plaintiff,<br><br>vs.<br><br>CAESAR'S ENTERTAINMENT CORPORATION, d/b/a RIO HOTEL AND CASINO,<br><br>      Defendant. | Case No.  2:11-cv-00004-JCM-PAL<br><br>**ORDER OF RECUSAL** |

  The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

  Based on the foregoing and good cause appearing therefor,

  **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

  DATED this 20th day of January, 2011.

                _____
                GEORGE FOLEY, JR.
                U.S. MAGISTRATE JUDGE